HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
SAMUEL NIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-120-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 17, 2020 |
| SAMUEL NIXON, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for SAMUEL NIXON, that the Court continue the status conference hearing on September 17, 2020 at 9:30 a.m. to October 15, 2020 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, counsel is waiting for discovery and needs time to review and discuss the discovery with her client, and to conduct further investigation and discuss plea negotiations with the government.

The parties are in agreement to continue the status conference to October 15, 2020. Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial

Stipulation and [Proposed] Order to Continue Status Conference

-1-

1  Act, the Court should exclude time from the date of this order through October 15, 2020, for
2  defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3  [reasonable time to prepare] (Local Code T4).

4

5  DATED: September 16, 2020                     Respectfully submitted,

6

7                                                HEATHER WILLIAMS
                                             Federal Defender
8
                                                 */s/Linda C. Allison*
9                                                LINDA C. ALLISON
                                                 Assistant to the Federal Defender
10

11                                               Attorneys for Defendant
                                                 SAMUEL NIXON
12

13 Dated: September 16, 2020                     McGREGOR W. SCOTT
                                                 United States Attorney
14

15
                                                 */s/ Alstyn Bennett*
16                                               ALSTYN BENNETT
                                                 Special Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to                -2-
Continue Status Conference

**ORDER**

The Court orders that the time from the date of the parties' stipulation, September 16, 2020, up to and including October 15, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 17, 2020, status conference shall be continued until October 15, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  September 17, 2020

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE