HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
SAMUEL NIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL NIXON,<br><br>    Defendant. | Case No. 2:20-CR-120-CKD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  October 15, 2020<br>Time:  9:30 a.m.<br>Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Special Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for SAMUEL NIXON, that the Court continue the status conference hearing on October 15, 2020 at 9:30 a.m. to November 19, 2020 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, counsel is waiting for video discovery and needs time to review and discuss the discovery with her client, and to conduct further investigation and discuss plea negotiations with the government.

The parties are in agreement to continue the status conference to November 19, 2020. Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial

Stipulation and [Proposed] Order to
Continue Status Conference

-1-

Act, the Court should exclude time from the date of this order through November 19, 2020, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 13, 2020                    Respectfully submitted,

                                           HEATHER WILLIAMS
                                           Federal Defender

                                           /s/Linda C. Allison
                                           LINDA C. ALLISON
                                           Assistant to the Federal Defender

                                           Attorneys for Defendant
                                           SAMUEL NIXON

Dated: October 14, 2020                    McGREGOR W. SCOTT
                                           United States Attorney


                                           /s/Alstyn Bennett
                                           ALSTYN BENNETT
                                           Special Assistant United States Attorney

## ORDER

The Court orders that the time from the date of the parties' stipulation, October 15, 2020, up to and including November 19, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the October 15, 2020, status conference shall be continued until November 19, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  October 14, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE